848 F.2d 194
 Unpublished Disposition
NOTICE: Sixth Circuit Rule 24(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Sixth Circuit.
UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF the
PLUMBING AND PIPE FITTING INDUSTRY OF the UNITED
STATES AND CANADA, AFL-CIO; Plaintiff,
Mark Slowbe, Plaintiff-Appellant,
v.
KAISER ENGINEERS, INC.; Cleveland Electric Illuminating
Co., Defendants- Appellees.
 No. 88-33332.
 United States Court of Appeals, Sixth Circuit.
 May 3, 1988.
 
 Before MERRITT and CORNELIA G. KENNEDY, Circuit Judges, and JOHN W. PECK, Senior Circuit Judge.
 
 ORDER
 
 1
 The plaintiff Slowbe appeals from an order dismissing his claims against the defendants in this action brought under Section 301 of the Labor Management Relations Act. The claims brought by the Union against the defendants remain pending before the district court.
 
 
 2
 A judgment is final for purposes of 28 U.S.C. Sec. 1291 "when it terminates all issues presented in the litigation on the merits and leaves nothing to be done except enforce by execution what has been determined." Donovan v. Hayden, Stone, Inc., 434 F.2d 619, 620 (6th Cir.1970) (per curiam). Absent certification for interlocutory appeal under 28 U.S.C. Sec. 1292(b) or Rule 54(b), Federal Rules of Civil Procedure, an order disposing of fewer than all parties or claims is nonappealable. William B. Tanner Co. v. United States, 575 F.2d 101 (6th Cir.1978) (per curiam); Oak Construction Co. v. Huron Cement Co., 475 F.2d 1220 (6th Cir.1973) (per curiam ). The district court's order of March 10, 1988 was neither final nor certified for interlocutory appeal. Therefore,
 
 
 3
 It is ORDERED that this appeal is dismissed for lack of appellate jurisdiction. Rule 9(b)(1), Rules of the Sixth Circuit.